### E. V. GASKINS v. MRS. EVELYN DUNNING MITCHELL, PERSONALLY, AND AS ADMINISTRATRIX OF W. G. MITCHELL, DECEASED, AND EVELYN DUNNING MITCHELL, INFANT.

(Filed 29 February, 1928.)

APPEAL by plaintiff from *Nunn, J.,* and a jury, at November Term, 1927, of BERTIE. No error.

*Gilliam & Spruill for plaintiff.*
*A. T. Castello, Craig & Pritchell for defendant.*

Cox v. Tyson.

Per Curiam. The issues submitted to the jury and their answers thereto were as follows:

"1. Are the defendants indebted to the plaintiff, as alleged in the complaint, and if so, in what sum? Answer: No.

"2. Did the plaintiff warrant the said water system to give satisfaction and furnish a sufficient supply of water for the operation of a soda fountain, as alleged in the answer? Answer: Yes.

"3. If so, did the said water system fail to furnish a sufficient supply of water for the operation of said soda fountain, as alleged? Answer: Yes.

"4. If so, what damages are the defendants entitled to recover of the plaintiff by reason thereof? Answer: Not any. Mr. E. V. Gaskins shall have his water plant back."

This action was here before. *Gaskins v. Mitchell,* 194 N. C., 275. The proper issues were submitted to the jury in accordance with the former opinion of the action.

It was a question of fact for the jury. On the whole record, if error, it was harmless and not prejudicial.

No error.